UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:11-00132 |
| ) | Judge Haynes |
| HAWO OSMAN AHMED ) | |

JOINT MOTION TO CLARIFY

COME NOW Defendants, Hawo Ahmed, Ifrah Yassin and Hamdi Mohamud, and the United States of America, by and through their undersigned counsel, and hereby move this Honorable Court for clarification of its Order filed November 16, 2011. (Docket Entry 72). In support hereof, the parties state as follows:

1. The Court's Order filed November 16, 2011 (Docket Entry 72) indicates that the Joint Motion to Enlarge the Time Within Which to File Pretrial Motions and to Continue the Trial (Docket Entry 64) is denied as moot in light of the Court's Order.

2. The parties are unaware of an Order that would render said Motion moot.

3. The parties to said Motion still seek the relief requested.

4. The government does not oppose the relief requested in said Motion.

WHEREFORE, based on the foregoing, the parties respectfully request that this Honorable Court clarify its Order filed November 16, 2011 so that the parties may proceed appropriately.

1