UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00132 |
| | ) | CHIEF JUDGE HAYNES |
| HAMDI AHMED MOHAMUD | ) | |

## AGREED ORDER SETTING HEARING DATE ON DEFENDANT HAMDI MOHAMUD'S MOTION TO DISMISS

Comes now, the United States, by and through the undersigned and defendant Hamdi Ahmed Mohamud, by and through her counsel, James Galloway Thomas, and pursuant to the Court's Order, DE 135, submit the following agreed hearing dates for the defendant's motion to dismiss. This agreed order presents two separate dates, so as to accommodate the Court's calendar if the first date is not available for the Court.

Friday, May 31, 2013, at 1:30 p.m. - It is so ORDERED

_____
William J. Haynes, Jr.
Chief Judge, United States District Court

Friday, June 7, 2013, at 1:30 pm. – It is so ORDERED

_____
William J. Haynes, Jr.
Chief Judge, United States District Court

-1-

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for
the Middle District of Tennessee

s/Van S. Vincent
VAN S. VINCENT
Assistant United States Attorney
110 Ninth Avenue S., Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

/s/ James Galloway Thomas
Neal & Harwell
150 Fourth Avenue, N
2000 First Union Tower
Nashville, TN 37219-2498
(615) 244-1713

-2-

# CERTIFICATE OF SERVICE

      I, hereby certify that a true and correct copy of the foregoing was sent, if registered, via the Court's electronic filing system or, if not registered, sent via telefax and deposited in the United States mail, postage prepaid, this day of March 29, 2013, upon:

Benjamin H. Perry
40 Music Square East
Suite 100
Nashville, TN 37203         representing Hawo Osman Ahmed (1)
(615) 242-4200
ben@benperrylaw.com

James Galloway Thomas
Neal & Harwell
150 Fourth Avenue, N         representing Hamdi Ahmed Mohamud (2)
2000 First Union Tower
Nashville, TN 37219-2498
(615) 244-1713

Charles K. Bloeser
Willis & Knight
215 Second Avenue, N         representing Ifrah Abdi Yassin (3)
Nashville, TN 37201
(615) 259-9600
(615) 259-3490 (fax)
charles@willisknight.com

                                          s/Van S. Vincent
                                          VAN S. VINCENT