UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:11-00132 |
| | ) Chief Judge Haynes |
| HAWO OSMAN AHMED | ) |

**MOTION TO PERMIT USE OF COMPUTERS, TABLETS AND SIMILAR ELECTRONIC DEVICES IN COURTROOM DURING TRIAL**

COMES NOW Defendant **Hawo Ahmed**, by and through undersigned counsel, and, pursuant to Local Rule 83.02(a)(2), respectfully moves this Honorable Court for the entry of an Order permitting attorneys and support staff to bring and utilize computers, tablets and similar electronic devices during the trial of this matter.

WHEREFORE, Defendant Ahmed respectfully requests that the instant Motion be granted.

Respectfully submitted,

s/ Benjamin H. Perry
BENJAMIN H. PERRY
40 Music Square East, Suite 100
Nashville, TN 37203
(615) 242-4200
ben@benperrylaw.com
*Attorney for Defendant Hawo Osman Ahmed*

[Handwritten annotation on right side: "ORDER. This motion is granted to the extent that these Defendants shall have equal access to the Government's exhibits in its case in chief. [signature] 7-8-13"]

1