UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:11-00132 |
| | ) | Chief Judge Haynes |
| HAWO OSMAN AHMED | ) | |

*[handwritten annotation: Denied. This motion is granted. Will [illegible] 7-8-13]*

## MOTION FOR EQUAL ACCESS TO EXHIBITS

**COMES NOW** Defendant **Hawo Ahmed**, by and through undersigned counsel, and, pursuant to the Fifth, Sixth and Fourteenth Amendments to the United States, respectfully moves this Honorable Court for the entry of an Order requiring the government to provide the defendants equal access to all exhibits that are reduced to digital/computer form, so that the parties have an equal opportunity to present and display evidence before the jury. Defendant Ahmed specifically suggests that digitized copies of all exhibits be provided to the defense on the day that the government intends to introduce said exhibits.

In support hereof, a Memorandum of Law is filed contemporaneously herewith.

Respectfully submitted,

s/ Benjamin H. Perry
BENJAMIN H. PERRY
40 Music Square East, Suite 100
Nashville, TN 37203
(615) 242-4200
ben@benperrylaw.com
*Attorney for Defendant Hawo Osman Ahmed*

1